**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

COURTNEY PORETSKIN,

                        Plaintiff,

    -against-

CHANEL INC. et. al.,

                      Defendants.

1:24-cv-01643-ER

**NOTICE OF APPEARANCE**

To the Clerk of the Court and All Parties of Record:

      Please enter the appearance of Julie Salwen, Esq., as counsel of record for Plaintiff Courtney Poretskin.  Julie Salwen certifies that she is admitted to practice before this Court and is registered to file electronically.  The undersigned further requests that the Clerk add her as a Filing User to whom notices of Electronic Filing will be transmitted in this case.

DATED:      August 22, 2024

                              Respectfully submitted,

                              HARRISON, HARRISON & ASSOCIATES

                              __/S/ DAVID HARRISON_____
                              David Harrison (DH 3413)
                              110 State Highway 35, 2nd Floor
                              Red Bank, NJ 07701
                              (718) 799-9111 Phone
                              dharrison@nynjemploymentlaw.com
                              *Attorneys for Plaintiff*