**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Courtney Poretskin,<br><br>            Plaintiff,<br><br>v.<br><br>Chanel, Inc.; Carl Poulter; Lisa Gasperini,<br><br>            Defendants. | Case No. 1:24-cv-01643-ER<br><br>Hon. Edgardo Ramos<br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE AND**<br>**WITHOUT COSTS** |

THE PARTIES HEREBY STIPULATE AND AGREE, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above captioned lawsuit, including all claims, defenses, and counterclaims therein, be and is hereby dismissed with prejudice and without costs.

*David Harrison*
_____
Julie Salwen, Esq.
David Harrison, Esq.
HARRISON, HARRISON & ASSOCIATES, LTD.
110 Highway 35, 2nd Floor
Red Bank, NJ 07748
*Attorneys for Plaintiff Courtney Porteskin*


Dated: __April 10th_____, 2025

_____
Aladekemi Omoregie, Esq.
Anthony Rainone, Esq.
BRACH EICHLER LLC
101 Eisenhower Parkway
Roseland, NJ 07068
973-228-5700
*Attorneys for Defendant Chanel, Inc.*


Dated: April 10, 2025

1