UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Courtney Poretskin,

    Plaintiff,

v.

Chanel, Inc.; Carl Poulter; Lisa Gasperini,

    Defendants.

Case No. 1:24-cv-01643-ER

Hon. Edgardo Ramos

**STIPULATION OF DISMISSAL
WITH PREJUDICE AND
WITHOUT COSTS**

THE PARTIES HEREBY STIPULATE AND AGREE, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above captioned lawsuit, including all claims, defenses, and counterclaims therein, be and is hereby dismissed with prejudice and without costs.

*David Harrison*
_____
Julie Salwen, Esq.
David Harrison, Esq.
HARRISON, HARRISON & ASSOCIATES, LTD.
110 Highway 35, 2nd Floor
Red Bank, NJ 07748
*Attorneys for Plaintiff Courtney Porteskin*

Dated: April 10th _____, 2025

*A. Omoregie*
_____
Aladekemi Omoregie, Esq.
Anthony Rainone, Esq.
BRACH EICHLER LLC
101 Eisenhower Parkway
Roseland, NJ 07068
973-228-5700
*Attorneys for Defendant Chanel, Inc.*

Dated: April 10, 2025

The Clerk of the Court is directed to lift the stay and close the case.
SO ORDERED.

_____
Edgardo Ramos, U.S.D.J.
Dated: 9/19/2025
New York, New York

1